IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THELMA WILLIAMS, JR.**                                **PETITIONER**

VS.                  **CASE NO. 4:22-CV-01118 JM/PSH**

**TODD BALL, JAMES GIBSON,
BRANDON C. CARROLL, LT.
WASHINGTON, SGT. LEWIS,
CAPTAIN BIDENS, SGT. WALLACE,
SGT. CAMTBELL, S. BUDNIK,
OFFICER WASHINGTON, MARSHALL
DALE REED, and ROSALYN L. WILLIAMS**       **RESPONDENTS**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.   The certificate of appealability is denied.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE